IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 MAR 18 PM 12: 33

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

               Plaintiff,

   vs.

CHLOE JOHNSON,

               Defendant.

8:25CR 57

INDICTMENT
18 U.S.C. § 115(a)(1)(B) & (b)(4)

The Grand Jury charges that

## COUNT I

On or about February 24, 2025, in the District of Nebraska, the defendant, CHLOE JOHNSON, did threaten to assault, United States Representative 1, a Member of Congress, with intent to retaliate against United States Representative 1 on account of the performance of his/her official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B) & (b)(4).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SEAN P. LYNCH, #25275
Assistant U.S. Attorney

1